| | |
|---|---|
| 1 | LAURA E. DUFFY |
| | United States Attorney |
| 2 | CAROL M. LEE |
| | Assistant U.S. Attorney |
| 3 | California State Bar No.  219246 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 546-7584 |
| | Facsimile:  (619) 546-0585 |
| 6 | Email: carol.lee@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 09CR0226-BEN |
|   ) | |
| Plaintiff,  ) | NOTICE OF APPEARANCE |
|   ) | |
| v.  ) | |
|   ) | |
| JUSTINE LORRAINE RICE (1),  ) | |
|   ) | |
| Defendant.  ) | |
|   ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

1
2   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
5   association):
6   <u>Name</u> (If none, enter "None" below)
7   None
8
9   Please call me if you have any questions about this notice.
10  DATED: May 24, 2012
                                        Respectfully submitted,
11
                                        LAURA E. DUFFY
12                                      United States Attorney

13                                      s/Carol M. Lee
                                        _____
14                                      CAROL M. LEE
                                        Assistant United States Attorney
15                                      Attorneys for Plaintiff
                                        United States of America
16                                      Email: carol.lee@usdoj.gov
17
18
19
20
21
22
23
24
25
26
27
    Notice of Appearance
28  United States v. Justine Lorraine Rice        2                      09CR0226-BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR0226-BEN |
| Plaintiff, | ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| JUSTINE LORRAINE RICE (1), | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Carol M. Lee, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on of Judgment on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Frank J. Ragen
Attorney at Law
105 West "F" Street, Suite 215
San Diego, Ca 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2012

                                                                                                        s/Carol M. Lee
                                                                                                           CAROL M. LEE